UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) M.J. No. 25-6124-MPK |
| | ) |
| LEONARDO DAVID OJEDA-RUIZ, | ) |
| | ) |
| Defendant | ) |
| | ) |

MOTION TO UNSEAL COMPLAINT

The United States of America respectfully moves this Court to unseal the Complaint, arrest warrant, and the Complaint Affidavit in the above-captioned matter. As grounds, the government states that defendant Leonardo David Ojeda-Ruiz has been apprehended.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  */s/ Katherine Ferguson*
KATHERINE FERGUSON
Assistant U.S. Attorney

Dated: March 11, 2025